UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ANDRE WINGO,**
      **Plaintiff,**

    v.                                  Case No. 13-CV-00550

**ANDREA RICH, and**
**GLENDA MEEKS,**
      **Defendants.**

---

## ORDER

Pro se plaintiff Andre Wingo is suing defendants under 28 U.S.C. § 1983. On May 16, 2013, defendants filed a motion to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Plaintiff has not yet responded to this motion. Plaintiff is hereby notified that he has until August 22, 2013 to file a brief in opposition to the motion to dismiss. If plaintiff fails to file a brief by this deadline, the motion will be granted as unopposed. *See* Civil L.R. 7(d) (E.D. Wis.).

**THEREFORE, IT IS ORDERED** that plaintiff has until August 22, 2013 to file a brief in opposition to defendants' motion to dismiss.

Dated at Milwaukee, Wisconsin, this 1st day of August, 2013.

                                            s/ Lynn Adelman
                                            _____
                                            LYNN ADELMAN
                                            District Judge