# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ANDRE WINGO,**
    **Plaintiff,**

  v.                              Case No. 13-CV-00550

**ANDREA RICH and GLENDA MEEKS,**
    **Defendants,**

## DECISION AND ORDER

On February 23, 2015, I entered an order directing plaintiff to file his response to defendants' motion for summary judgment on or before Monday, March 16, 2015. I warned plaintiff that failure to file a timely response would result in dismissal of this case for failure to prosecute and provided him with a copy of Civil Local Rule 41(c). Despite my warnings, plaintiff has not filed a response to defendants' motion for summary judgment.

**THEREFORE, IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** for lack of prosecution.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 18th day of March, 2015.

                                          s/ Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge